# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MARKUIS DEMETRIUS CURTIS,** :
:
    Plaintiff, :
:
    v. : Civil Action No. 7:10-CV-54 (HL)
:
**JOEY MATHEWS,** :
**WILLIAM HOWELL,** :
**NURSE NORMAN, and** :
**DR. M. KHURANA,** :
:
    Defendants. :
_____

## ORDER

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff, entered September 20, 2010 (Doc. 7), is before the Court. The Magistrate Judge recommends that William Howell be dismissed from this case.

Plaintiff did not file a written objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation (Doc. 7). William Howell is dismissed from this case. The case will proceed against Defendant Mathews, Norma, and Khurana. The Court notes that the only claims that remain against Defendant Mathews are those relating to his alleged failure to call an ambulance or otherwise provide Plaintiff with medical care at the scene of the accident. Any claims regarding the accident itself do not state a claim under 42 U.S.C. § 1983.

**SO ORDERED**, this the 21st day of October, 2010.

           *s/ Hugh Lawson*
           **HUGH LAWSON, SENIOR JUDGE**

mbh