# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MARKUIS DEMETRIUS CURTIS,**<br><br>     Plaintiff,<br><br>v.<br><br>**JOEY MATHEWS, et al.,**<br><br>     Defendants. | Civil Action 7:10-CV-54 (HL) |

## ORDER

The Recommendation (Doc. 24) of United States Magistrate Judge Thomas Q. Langstaff, entered July 8, 2011, is before the Court. No objections to the Recommendation were filed. The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Therefore, the Court accepts and adopts the Recommendation. Defendant Khurana's Motion for Summary Judgment (Doc. 19) is denied.

This case is scheduled for trial starting on October 11, 2011 in Valdosta, Georgia. The pretrial conference is scheduled for September 27, 2011 at 9:30 a.m. in Valdosta. Additional information about the pretrial conference will be sent to the parties shortly.

**SO ORDERED**, this the 4th day of August, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh