**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**MARKUIS DEMETRIUS CURTIS,**

          Plaintiff,

                                          Civil Action 7:10-CV-54 (HL)

v.

**JOEY MATHEWS, et al.,**

          Defendants.

**ORDER**

On September 6, 2011, Defendant Mukul Khurana, M.D. filed a withdrawal of his demand for jury trial.

The right to a jury trial must be preserved by making a demand, and unless a a demand is properly filed and served, the right to a trial by jury is waived. Fed.R.Civ.P. 38(b), (d). However, once a jury trial has properly been demanded by by any party, all parties must consent to the withdrawal of the jury demand and stipulate to a bench trial. Fed.R.Civ.P. 38(d), 39(a)(1). Rule 38(d) specifically states states that "[a] proper demand may be withdrawn only if the parties consent." While While Defendant Khurana states that the other Defendants have consented to the withdrawal of the jury demand, nothing indicates that Plaintiff has consented. Even Even though Plaintiff did not make a jury demand of his own, he is entitled to rely on on the demand made by Defendant Khurana. With a jury demand already on the record, Plaintiff also making one would be superfluous. Unless and until Plaintiff consents in writing to this case being tried by the Court, it will be heard by the jury in

in October. The parties are reminded of the deadlines set forth in the Court's order

order entered on August 4, 2011.

      **SO ORDERED**, this the 8th day of September, 2011.

                              ***s/Hugh Lawson***
                              **HUGH LAWSON, SENIOR JUDGE**

mbh