**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**MARKUIS DEMETRIUS CURTIS,**

      Plaintiff,

      v.

      Civil Action 7:10-CV-54 (HL)

**JOEY MATHEWS, AMBER NORMAN, and
MUKUL KHURANA, M.D.,**

      Defendants.

## ORDER

This case is before the Court on an Order and Recommendation (Doc. 51) in which United States Magistrate Judge Thomas Q. Langstaff recommends that the Motion for Summary Judgment (Doc. 42) filed by Defendant Khurana and the Motion for Summary Judgment (Doc. 46) filed by Defendants Mathews and Norman be granted. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. Accordingly, the Recommendation is accepted and adopted. Defendant Khurana's Motion for Summary Judgment (Doc. 42) is granted. Defendants Mathews and Norman's Motion for Summary Judgment (Doc. 46) is granted. The Clerk is directed to close this case.

**SO ORDERED**, this the 3rd day of August, 2012.

      *s/ Hugh Lawson*
      **HUGH LAWSON, SENIOR JUDGE**

mbh